**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>FOLSOM INSURANCE AGENCY LLC<br><br>　　　　　　Defendant. | Case No. 1:24-CV-00075<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

　Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.


　RESPECTFULLY SUBMITTED AND DATED this March 3, 2024.

　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　Andrew Roman Perrong (E.D. Tex. # 333687PA)
　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　a@perronglaw.com


　　　　　　　　　　　　　　*Attorney for Plaintiff*