# UNITED STATES DISTRICT COURT

for the
Eastern District of Texas

| | | |
|---|---|---|
| **JOSEPH BOND, on behalf of himself and others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:24-CV-00075 |
| **FOLSOM INSURANCE AGENCY LLC** | ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Betty Swinners, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 22, 2024, at 8:17 pm. I delivered these documents to FOLSOM INSURANCE AGENCY LLC in Kaufman County, TX on March 26, 2024 at 10:50 am at 421 West Mason Street, Mabank, TX 75147 by leaving the following documents with Cody Folsom who as Owner is authorized by appointment or by law to receive service of process for FOLSOM INSURANCE AGENCY LLC.

SUMMONS, CIVIL COVER SHEET, COMPLAINT-CLASS ACTION, JURY TRAIL DEMAND

Unknown Race Male, est. age 45-54, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=32.3670976333,-96.10884205
Photograph: See Exhibit 1

Total Cost: $119.00

My name is Betty Swinners, my date of birth is 5/5/1966, and my address is 8674 FM 3094, Scurry, TX 75158, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Betty Swinners*

Executed in

Kaufman County ,

TX     on     3/27/2024 .

Betty Swinners
+1 (972) 948-3131
Certification Number: PSC-22117
Expiration Date: 3/31/2025

