UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

                                                             No

If no, please indicate which application this represents:          Second

                                                             Third

                                                             Other _____

Date of Service of Summons:          (date of requested waiver of service (which was accepted), making Defendants' current response deadline 7/8/24)

Number of days requested:          30 days

                                            15 days

                                            Other _____ days

New Deadline Date:          *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.