IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES<br><br>    *Defendants.* | §§§§§§§§§§§§ | CA No. 1:24-cv-00075-MJT |

## DEFENDANTS FOLSOM INSURANCE AGENCY LLC, AND CODY FOLSOM'S <u>UNOPPOSED MOTION TO SUBSTITUTE COUNSEL</u>

COMES NOW, Defendants Folsom Insurance Agency LLC and Cody Folsom (collectively, the "Folsom Defendants") and file this Unopposed Motion to Substitute Counsel in the above-styled and numbered cause, and in support thereof show the Court:

**I.**

The Folsom Defendants respectfully request that the Court enter an order allowing Haley Susan Eastham (State Bar Number 24122838) of Dentons US LLP, 100 Crescent Court, Suite 900, Dallas, Texas 752012, to withdraw as attorney of record for the Folsom Defendants, and that Jason R. Jobe (State Bar number 24043743) and Yesha P. Patel (State Bar number 24098228) of Thompson, Coe, Cousins, & Irons, LLP, 700 N. Pearl Street, 25th Floor, Dallas, Texas 75201, be substituted as attorneys of record for the Folsom Defendants.

**II.**

Good cause exists for the Court to grant this Unopposed Motion to Substitute Counsel, as the Folsom Defendants desire to have Mr. Jobe, Ms. Patel and Thompson, Coe, Cousins, & Irons,

LLP, take over their defense and representation in the above-styled and numbered cause of action. Plaintiff does not oppose the relief requested in this motion.

### III.

The requested withdrawal and substitution of counsel for the Folsom Defendants is not for the purpose of delay but is in the interest of justice.

Based on the foregoing, the Folsom Defendants request that the foregoing motion be granted and that the Court enter an order substituting Jason R. Jobe, Yesha P. Patel and Thompson, Coe, Cousins, & Irons, LLP, as counsels of record for the Folsom Defendants in place of Haley Susan Eastham and Dentons US LLP.

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By:  */s/ Jason R. Jobe*
Jason R. Jobe
State Bar No. 24043743
Email: jjobe@thompsoncoe.com
Yesha P. Patel
State Bar No. 24098228
Email: ypatel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

**AND**

**DENTONS US LLP**

By:  */s/ Haley Susan Eastham*
Haley Susan Eastham
State Bar No.: 24122838
Email: haley.eastham@dentons.com

100 Crescent Court, Suite 900  
Dallas, Texas 75201  
Telephone: (214) 259-0900

**ATTORNEYS FOR DEFENDANTS**
**FOLSOM INSURANCE AGENCY LLC**
**AND CODY FOLSOM**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that I communicated with Plaintiff's counsel regarding the matters presented in this Motion, and he has indicated that Plaintiff is not opposed this Motion.

*/s/ Yesha P. Patel*
Yesha P. Patel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on 16th day of July, 2024, to all counsels of record.

By: /s/ *Yesha P. Patel*
Yesha P. Patel