IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| vs. | | CA No. 1:24-cv-00075-MJT |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES | | |
| *Defendants.* | | |

## ORDER GRANTING DEFENDANTS FOLSOM INSURANCE AGENCY LLC, AND CODY FOLSOM'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

On this date the Court considered Defendants Folsom Insurance Agency LLC and Cody Folsom's Unopposed Motion to Substitute Counsel ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be in all things **GRANTED**.

It is therefore ORDERED that Haley Susan Eastham and Dentons US LLP, are hereby withdrawn as attorneys of record for Defendants Folsom Insurance Agency, LLC and Cody Folsom, and Jason R. Jobe, Yesha P. Patel, and Thompson, Coe, Cousins, & Irons, LLP, are hereby substituted as counsel of record for Defendants Folsom Insurance Agency and Cody Folsom.

# # # END OF ORDER # # #