IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-00075 |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES, | § § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § § | |

## ORDER GRANTING DEFENDANTS FOLSOM INSURANCE AGENCY, LLC AND CODY FOLSOM'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Before the Court is Defendants Folsom Insurance Agency LLC and Cody Folsom (hereinafter "Folsom Defendants")'s Unopposed Motion to Substitute Counsel. [Dkt. 10]. The Folsom Defendants request the Court allow Haley Susan Eastham to withdraw as counsel for them in this matter, and to allow Jason R. Jobe and Yesha P. Patel of Thompson, Coe, Cousins & Irons, LLP to substitute as counsel herein. After considering the Folsom Defendants' unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendants Folsom Insurance Agency LLC and Cody Folsom's Unopposed Motion to Substitute Counsel [Dkt. 10] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to remove Haley Susan Eastham as counsel for the Folsom Defendants and to terminate all electronic notices to her. The Clerk is further **INSTRUCTED** to add Jason R. Jobe and Yesha P. Patel of Thompson, Coe, Cousins & Irons, LLP as counsel for the Folsom Defendants herein.

**SIGNED this 17th day of July, 2024.**

Michael J. Truncale
United States District Judge