IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| vs. | | CA No. 1:24-cv-00075-MJT |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES | | |
| *Defendants.* | | |

# DEFENDANTS FOLSOM INSURANCE AGENCY LLC, AND CODY FOLSOM'S <u>CERTIFICATE OF INTERESTED PERSONS</u>

COMES NOW, Defendants Folsom Insurance Agency LLC and Cody Folsom (collectively, the "Folsom Defendants") and file the following Certificate of Interested Persons:

A complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Joseph Bond, Plaintiff;
Folsom Insurance Agency, LLC, Defendant;
Cody Folsom, Defendant; and
Berkshire Hathaway Homestate Companies, Defendant.

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

None.

        **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

    By:  */s/ Jason R. Jobe*
        Jason R. Jobe
        State Bar No. 24043743
        Email: jjobe@thompsoncoe.com
        Yesha P. Patel
        State Bar No. 24098228
        Email: ypatel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served on 7th day of August, 2024, to all counsels of record.

    By:  */s/ Yesha P. Patel*
        Yesha P. Patel