## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. :  1:24-cv-00075-MJT |
| Plaintiff, | : : |
| v. | :  **STIPULATED MOTION TO** :  **TRANSFER TO THE NORTHERN** :  **DISTRICT OF TEXAS,** |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES | :  **DALLAS DIVISION** : : |
| Defendants. | :  **JURY TRIAL DEMANDED** |

Come now the Plaintiff, Joseph Bond, and Defendant Folsom Insurance Agency, LLC and hereby jointly move for this Court to transfer this Action to the United States District Court for the Northern District of Texas, Dallas Division. In support thereof, the parties state that the Defendant Folsom Insurance Agency LLC had its headquarters and principal place of business in Mabank, Texas, at the time of the incident at issue, which lies within Kaufman County, which lies within the Dallas Division of the Northern District of Texas. The purpose of this motion is to more expediently consolidate the proceedings close to the primary Defendant, for the convenience of the parties, and in the interests of justice and for no improper or dilatory purpose.

Therefore, the Parties stipulate and request that this matter be transferred via inter-district transfer to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

**PARONICH LAW, P.C.**

By:   */s/ Anthony Paronich*
     Anthony Paronich
     Email: anthony@paronichlaw.com

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

**ATTORNEYS FOR PLAINTIFF**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By:   */s/ Jason R. Jobe*
     Jason R. Jobe
     State Bar No. 24043743
     Email: jjobe@thompsoncoe.com
     Yesha P. Patel
     State Bar No. 24098228
     Email: ypatel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

**ATTORNEYS FOR DEFENDANTS FOLSOM INSURANCE AGENCY, LLC, AND CODY FOLSOM**