IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-00075 JUDGE MICHAEL J. TRUNCALE |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES, | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING STIPULATED MOTION TO TRANSFER TO THE NORTHENER DISTRICT OF TEXAS, DALLAS DIVISION

Before the Court is the Parties' Stipulated Motion to Transfer to the Northern District of Texas, Dallas Division. [Dkt. 15]. Plaintiff filed this matter on February 29, 2024 [Dkt. 1] and filed a First Amended Complaint on May 9, 2024 [Dkt. 6]. Defendants Cody Folsom and Folsom Insurance Agency, LLC filed answer on August 7, 2024. [Dkt. 12]. The Parties file the present motion requesting this matter be transferred to the Northern District of Texas, Dallas Division, because Defendant had its headquarters and principal place of business in Mabank, Texas, at the time of the incident at issue, which lies within Kaufman County in the Dallas Division of the Northern District of Texas.  For convenience of the Parties, they file this motion. After considering the Parties' stipulated motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that the Parties' Stipulated Motion to Transfer to the Northern District of Texas, Dallas Division [Dkt. 15] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to transfer this matter to the Northern District of Texas, Dallas Division.

**SIGNED this 18th day of September, 2024.**

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge